**Writ of Habeas Corpus Granted and Order filed December 23, 2011.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-11-01106-CV
_____

## EX PARTE DAVID HOSSIEN MERRIKH, Relator

**ORIGINAL PROCEEDING
WRIT OF HABEAS CORPUS
245th District Court
Harris County, Texas**

## O R D E R

This Court has reviewed the petition for writ of habeas corpus of relator, David Hossien Merrikh.

The Court is of the opinion that relator's petition requires further consideration. *See* TEX. R. APP. P. 52.8(b)(3). We therefore order the Clerk of this Court to issue a writ of habeas corpus, returnable on January 23, 2012, pending final determination of the relief requested in the petition. We further order that relator be discharged upon execution and filing of a bond as set forth below. *See id.*

The relator will be admitted to bail upon his giving a good and sufficient bond,

signed by relator as principal and his attorney, Henrietta N. Ezeoke or Alphonsus O. Ezeoke, as surety, conditioned as required by law, or by any other surety acceptable to any Deputy or Sheriff of Harris County, or cash in lieu of bond, in the sum of Five Hundred Dollars, pending the hearing on the return date of this writ, and until otherwise ordered by this Court.

A response to the petition is hereby requested to be filed on or before January 5, 2012.   The cause is set for submission without oral argument on January 23, 2012.

PER CURIAM

Order filed December 23, 2011.

Panel consists of Justices Brown, Boyce and McCally.   (McCally, J., not participating.)

2